NUMBER 13-05-00393-CV



COURT OF APPEALS



THIRTEENTH DISTRICT OF TEXAS



CORPUS CHRISTI - EDINBURG 


______________________________________________________________

 

GENE DENNIS A/K/A GENE DENNIS VILLARREAL 

AND GENE DENNIS INVESTMENT CORPORATION, Appellant,


v.



CRESENSIO ZUNIGA, JR. AND WIFE, MARIA ZUNIGA, Appellees. 

 ____________________________________________________________


On appeal from the County Court at Law No. 2


of Hidalgo County, Texas.


______________________________________________________________


MEMORANDUM OPINION


 

Before Justices Yañez, Rodriguez, and Benavides


Memorandum Opinion Per Curiam


 The appellant's brief in the above cause was due on September 15, 2008. On
September 23, 2008, the Clerk of the Court notified appellant that the brief had not been
timely filed and that the appeal was subject to dismissal for want of prosecution under
Texas Rule of Appellate Procedure 38.8(a)(1), unless within ten days from the date of
receipt of this letter, appellant reasonably explained the failure and the appellee was not
significantly injured by the appellant's failure to timely file a brief. To date, no response has
been received from appellant. 

 Appellant has failed to either reasonably explain his failure to file a brief, file a
motion for extension of time to file his brief, or file his brief. Accordingly, the appeal is
DISMISSED FOR WANT OF PROSECUTION. See Tex. R. App. P. 38.8(a), 42.3(b). 


 PER CURIAM

Memorandum Opinion delivered and

filed this the 2nd day of April, 2009.